UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WEST VILLAGE MICHIGAN, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>CANDICE TAYLER, *et al.*,<br><br>Defendants. | Case No. 24-cv-13307<br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER STAYING CASE FOR THIRTY DAYS

During a status conference held on March 4, 2025, the Court explained to Defendant Candice Tayler that she may proceed pro se but that she must find an attorney to represent Defendant Powerful Sky Real Estate Management. *See Bischoff v. Waldorf*, 660 F. Supp. 2d 815, 820 (E.D. Mich. 2009) ("A corporation must appear by counsel or not at all."). By **April 30, 2025**, Tayler must retain an attorney for Powerful Sky or contact the University of Detroit Mercy pro se legal clinic at (313) 234-2690. All proceedings are **STAYED** through that date.

                                                     s/Elizabeth A. Stafford
                                                     ELIZABETH A. STAFFORD
                                                     United States Magistrate Judge

Dated: March 5, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
