UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WEST VILLAGE MICHIGAN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CANDICE TAYLER, *et al.*,<br><br>Defendants. | Case No. 24-cv-13307<br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER SCHEDULING A SETTLEMENT CONFERENCE
AND STAYING THE CASE**

Plaintiff West Village Michigan, LLC, sues Defendants Candice Tayler and Powerful Sky Real Estate Management, LLC, for alleged violations of the Racketeer Influenced and Corrupt Organizations Act (RICO), conversion, fraud, and misappropriation.  ECF No. 1.  The Honorable David M. Lawson referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 11.

The Court held a status conference on January 29, 2026, during which the parties indicated their willingness to participate in a settlement conference.  A settlement conference will be held on **March 10, 2026, at 10:30 a.m.**, via Zoom.  **By March 5, 2026**, the parties must email their

proposed settlement terms to Davon_Allen@mied.uscourts.gov. All proceedings, including West Village's pending motion for sanctions, are **STAYED** pending completion of the settlement conference.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: February 4, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 4, 2026.

s/Davon Allen
DAVON ALLEN
Case Manager
